# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John Z. Lee | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 1922 | **DATE** | 6/25/2013 |
| **CASE TITLE** | Addison Automatics, Inc. Vs. Hartford Casualty Insurance Company | | |

**DOCKET ENTRY TEXT**

As set forth in the Order, Addison's motion for remand [17] is granted. The clerk is directed to remand this case forthwith to the Circuit Court of the 19th Judicial Circuit, Lake County, Illinois. Plaintiff's request for attorneys' fees and costs pursuant to 28 U.S.C. §1447(c) [17] is denied. Intervenor Defendant Twin City Fire Insurance Company's motion to intervene [7] is stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy | ca |
|---|---|---|